UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:17-cr-00025-1 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| ROBERT ELLIS WADDEY | ) | |

**UNITED STATES' SENTENCING POSITION**

The United States, through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Brent A. Hannafan, hereby provides its position regarding the Presentence Investigation Report ("PSR") for the defendant, Robert Ellis Waddey.

The United States does not have any objections to the calculations described in the defendant's PSR. Defendant's final offense level is 10 and his Criminal History Category is Category I. That results in a Guidelines range of 6 to 12 months. The maximum period of incarceration is 60 months' imprisonment. The Guidelines range for a fine is $4,000 to $40,000, with a maximum fine of $250,000.

    Respectfully submitted,

    DONALD Q. COCHRAN
    United States Attorney for the
    Middle District of Tennessee

    By: **s/ Brent A. Hannafan**
    Brent A. Hannafan
    Assistant United States Attorney
    A-961 U.S. Courthouse
    110 Ninth Avenue South
    Nashville, Tennessee 37203
    Telephone: 615-736-5151

1

Case 3:17-cr-00025   Document 24   Filed 12/29/17   Page 1 of 2 PageID #: 85

## CERTIFICATE OF SERVICE

       I hereby certify that on December 29, 2017, I electronically served one copy of the United States' Sentencing Position with the Clerk of the Court by using the CM/ECF system, which will notify counsel for defendant.

                                                  **s/ Brent A. Hannafan**
                                                  Brent A. Hannafan
                                                  Assistant U.S. Attorney
                                                  110th Avenue South, A96l
                                                  Nashville, Tennessee 37203
                                                  Phone:   615-736-5151